Kara Adelle Ritter Cole, Bar No. 306515
kcole@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101.3577
Telephone:  619.232.0441
Fax No.:    619.232.4302

Carolyn Theis, Colorado Bar No.: 54993
[*Pro Hac Vice* Pending]
catheis@littler.com
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado 8020.5835
Telephone:  303.629.6200
Fax No.:    303.629.0200

Attorneys for Defendant
FRONTIER AIRLINES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GARZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC., an unknown business entity; ALEXANDER KENT CLARK, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. **'24CV1702 WQHMMP**<br><br>*[Removed from San Diego Superior Court Case No. 24CU006213C]*<br><br>**DECLARATION OF KARA ADELLE RITTER COLE IN SUPPORT OF DEFENDANT FRONTIER AIRLINES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>**[28 U.S.C. §§ 1332, 1441 & 1446]**<br><br>Trial Date:      Not Yet Set<br>Complaint Filed: August 13, 2024 |

I, Kara Adelle Ritter Cole, hereby declare and state as follows:

1. I am an attorney with the law firm of Littler Mendelson, a Professional Corporation, counsel for Defendant FRONTIER AIRLINES, INC. ("Defendant") in the above-entitled matter. I am duly licensed to practice law in the State of California and before the United States District Court for the Southern District of California and am responsible for representing said Defendant in this action. I make this declaration based on my personal knowledge and/or based on my review of relevant records and documents in this matter kept in the normal course of our firm's business. If called and sworn as a witness, I could and would competently testify hereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint against Defendants filed in the California Superior Court for the County of San Diego entitled *JESSICA GARZA, an individual, v. FRONTIER AIRLINES, INC., et al.,* Case No. 24CU006213C ("State Court Action") on September 13, 2024.

3. On August 23, 2024, Plaintiff caused to be personally served on Frontier's registered agent the Complaint (**Ex. A**) and supporting documents. True and correct copies of the supporting documents Frontier received along with the Complaint on August 23, 2024 are attached hereto as **Exhibit B**, which include the Summons, Civil Case Cover Sheet, Alternative Dispute Resolution Packet, and Notice of Case Assignment and Case Management Conference, all of which are on file in the San Diego Superior Court action.

4. As of the date of this filing, the individual defendant, Mr. Clark, has not been served with process.

5. Attached hereto as **Exhibit C** are any additional documents filed in the State Court Action, including: Proof of Service of Summons filed August 23, 2024 on Frontier.

6. **Exhibits A** through **C** constitute the entirety of the documents on file in the San Diego Superior Court pertaining to this matter. Per 28 U.S.C. § 1446, the

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

COLE DECLARATION ISO DEFENDANT FRONTIER AIRLINES, INC.'S NOTICE OF REMOVAL        2.

attached exhibits contain all process, pleadings, and orders served on Defendants in this action.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed on September 23, 2024, at San Diego, California.

*/s/ Kara A. Cole*
KARA ADELLE RITTER COLE

4856-8289-1749.1 / 057446-1097

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

COLE DECLARATION ISO DEFENDANT FRONTIER AIRLINES, INC.'S NOTICE OF REMOVAL          3.