# EXHIBIT C

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and address): <br> Joshua D. Gruenberg, Esq. | SBN: 163281 <br> Gruenberg Law <br> 2155 1st Avenue   San Diego, CA 92101 | | **POS-010** <br> FOR COURT USE ONLY |
| TELEPHONE NO.: (619) 230-1234 | FAX NO. | E-MAIL ADDRESS *(Optional)*: bianca@gruenberglaw.com | | |
| ATTORNEY FOR *(Name)*: Plaintiff: Jessica Garza, an individual | | |

**SAN DIEGO COUNTY SUPERIOR COURT**
STREET ADDRESS: 330 WEST BROADWAY
MAILING ADDRESS: 330 WEST BROADWAY
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME: SAN DIEGO

PLAINTIFF: Jessica Garza, an individual
DEFENDANT: Frontier Airlines, Inc. an unknown business entity; Alexander Kent Clark, an individual

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
8/23/2024 3:45:52 PM
Clerk of the Superior Court
By E_SDCourt, Deputy Clerk
CASE NUMBER: 24CU006213C

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: Garza

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: **Notice of Case Management Conference**
3. a. Party served *(specify name of party as shown on documents served)*:
   **Frontier Airlines Inc. INC., an unknown business entity**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Koy Saechao - Authorized to Accept Service of Process for CSC- Lawyers**

   Age: 30+ Race: Asian Sex: Male Height: 5'5" Weight: 135 lbs Hair: Black

4. Address where the party was served: **CSC- Lawyers Incorporating Service**
   **2710 Gateway Oaks Dr Ste 150N**
   **Sacramento, CA 95833-3502**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **8/22/2024**   (2) at *(time)*: **1:40 PM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]
**PROOF OF SERVICE OF SUMMONS**
Code of Civil Procedure, § 417.10
POS010-1/50993

| PETITIONER: Jessica Garza, an individual | CASE NUMBER: |
|---|---|
| RESPONDENT: Frontier Airlines, Inc. an unknown business entity; Alexander Kent Clark, an individual | 24CU006213C |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                                 (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* **Frontier Airlines Inc. INC., an unknown business entity**
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)                      ☑ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)              ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                                       ☐ other:

7. **Person who served papers**
   a. Name: **Katrina Williams - Vanguard Legal Solutions Inc**
   b. Address: **2535 Kettner Blvd., Ste., 1-B2 San Diego, CA 92101**
   c. Telephone number: **(619) 255-6998**
   d. **The fee** for service was: **$ 120.00**
   e. I am:

      (1) ☐ not a registered California process server.
      (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
           (i) ☐ owner    ☐ employee    ☑ independent contractor.
           (ii) Registration No.: **2015-10**
           (iii) County: **Sacramento**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/23/2024**

**Vanguard Legal Solutions Inc**
**2535 Kettner Blvd., Ste., 1-B2**
**San Diego, CA 92101**
**(619) 255-6998**
**www.VanguardLegalSolutions.com**

         **Katrina Williams**            ▶                             *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)