Kara Adelle Ritter Cole, Bar No. 306515
kcole@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101.3577
Telephone: 619.232.0441
Fax No.: 619.232.4302

Carolyn Theis, Colorado Bar No.: 54993
[*Pro Hac Vice* Pending]
catheis@littler.com
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado 8020.5835
Telephone: 303.629.6200
Fax No.: 303.629.0200

Attorneys for Defendant
FRONTIER AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GARZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC., an unknown business entity; ALEXANDER KENT CLARK, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. **'24CV1702 WQHMMP**<br><br>*[Removed from San Diego Superior Court Case No. 24CU006213C]*<br><br>**DECLARATION OF MARCIA ATTEA IN SUPPORT OF DEFENDANT FRONTIER AIRLINES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>**[28 U.S.C. §§ 1332, 1441 & 1446]**<br><br>Trial Date: Not Yet Set<br>Complaint Filed: August 13, 2024 |

I, Marcia Attea, hereby declare and state as follows:

1. I am employed by Defendant FRONTIER AIRLINES, INC. ("Frontier"), a commercial passenger air carrier, as a Human Resources Business Partner, responsible for human resources matters supporting and involving flight attendants stationed at bases in the Western United States. I am based at Frontier's headquarters in Denver Colorado, along with Frontier's senior human resources leadership and Frontier's senior Inflight management. I make this Declaration in support of Defendant's Notice to Federal Court of Removal from State Court pursuant to 28 U.S.C. §§ 1332 and 1441. Except where otherwise indicated, the information set forth herein is based on my personal knowledge, and if called to testify and sworn as a witness, I could and would competently testify thereto.

2. In my capacity as a Human Resources Business Partner for Frontier, I have personal knowledge and am familiar with its corporate structure. Frontier is a Colorado Corporation, incorporated under the laws of the State of Colorado. I am based at Frontier's headquarters, which is located in Denver Colorado, along with Frontier's senior human resources leadership and Frontier's senior Inflight management. Frontier's executive leadership team also works primarily in Denver, Colorado, and its high-level operational strategic decisions are made in and from Denver, Colorado.

3. Although Frontier flies to destinations in California, Frontier has no crew bases for pilots or flight attendants in California. Flight crews begin and end flight sequences, also known as trips, from Frontier's many other bases all of which are outside of California.

4. In my capacity as a Human Resources Business Partner for Frontier, I have access to its business records and documents maintained in the ordinary course of business, and have reviewed relevant personnel documents and wage records related to Plaintiff JESSICA GARZA ("Plaintiff").

/ / /

/ / /

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

DECL. OF MARCIA ATTEA ISO DEFENDANT FRONTIER'S NOTICE OF REMOVAL OF CIVIL ACTION       2.

5. Based on my review of Plaintiff's prior wage records, Plaintiff's pay rate at the end of her employment was $36.10 per hour.

6. Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed on this 18th day of September 2024, in Denver, Colorado.

*Marcia Attea*
MARCIA ATTEA

4866-7785-9557.1 / 057446-1097