1  Kara Adelle Ritter Cole, Bar No. 306515
   kcole@littler.com
2  LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
3  San Diego, California 92101.3577
   Telephone:  619.232.0441
4  Fax No.:    619.232.4302

5  Carolyn Theis, Colorado Bar No.: 54993
   [*Pro Hac Vice* Pending]
6  catheis@littler.com
   LITTLER MENDELSON, P.C.
7  1900 Sixteenth Street, Suite 800
   Denver, Colorado 8020.5835
8  Telephone:  303.629.6200
   Fax No.:    303.629.0200

9

10 Attorneys for Defendant
   FRONTIER AIRLINES, INC.

11

12              UNITED STATES DISTRICT COURT

13            SOUTHERN DISTRICT OF CALIFORNIA

14

15 JESSICA GARZA, an individual,          Case No. **'24CV1702 WQHMMP**

16            Plaintiff,                   *[Removed from San Diego Superior
                                           Court Case No. 24CU006213C]*
17      v.
                                           **PROOF OF SERVICE**
18 FRONTIER AIRLINES, INC., an
   unknown business entity; ALEXANDER      Trial Date:      Not Yet Set
19 KENT CLARK, an individual; and DOES     Complaint Filed: August 13, 2024
   1 through 25, inclusive,
20
            Defendants.
21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I am employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 501 W. Broadway, Suite 900, San Diego, California 92101.3577.

On September 23, 2024, I caused the following documents:

1.    DEFENDANT FRONTIER AIRLINES, INC. 'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION

2.    DECLARATION OF KARA ADELLE RITTER COLE IN SUPPORT OF DEFENDANT FRONTIER AIRLINES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT AND EXHIBITS A-C

3.    DECLARATION OF MARCIA ATTEA IN SUPPORT OF DEFENDANT FRONTIER AIRLINES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

4.    CIVIL COVER SHEET

5.    FRONTIER AIRLINES, INC. CORPORATE DISCLOSURE STATEMENT

6.    CERTIFICATION AND NOTICE OF INTERESTED PARTIES

to be sent to the persons at the electronic service addresses listed below.

| **NAME OF PERSON SERVED** | **ELECTRONIC SERVICE ADDRESS** |
|---|---|
| Joshua D. Gruenberg, Esq. | josh@gruenberglaw.com |
| GRUENBERG LAW | |
| 2155 First Avenue | |
| San Diego, CA 92101-2013 | |
| Phone:   (619) 230-1234 | |
| Fax:       (619) 230-1074 | |

Attorneys for Plaintiff
JESSICA GARZA

Additionally, I enclosed a copy in an envelope and placed the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES

2.

1    I declare under the penalty of perjury of the laws of the United States of America

2   and the State of California that the above is true and correct and hat I am employed in

3   the office of a member of the bar of this court at whose direction the service was made.

4    Executed on September 23, 2024, at San Diego, California.

5

6

7    Janey Swanson

8   4864-7272-0360.1 / 057446-1097

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES                3.