| | |
|---|---|
| 1 | Kara Adelle Ritter Cole, Bar No. 306515 |
| 2 | kcole@littler.com<br>LITTLER MENDELSON, P.C. |
| 3 | 501 W. Broadway, Suite 900<br>San Diego, California 92101.3577 |
| 4 | Telephone: 619.232.0441<br>Fax No.:   619.232.4302 |
| 5 | Carolyn Theis, Colorado Bar No.: 54993 |
| 6 | [*Pro Hac Vice* Pending]<br>catheis@littler.com |
| 7 | LITTLER MENDELSON, P.C.<br>1900 Sixteenth Street, Suite 800 |
| 8 | Denver, Colorado 8020.5835<br>Telephone: 303.629.6200 |
| 9 | Fax No.:   303.629.0200 |
| 10 | Attorneys for Defendant |
| 11 | FRONTIER AIRLINES, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GARZA, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRONTIER AIRLINES, INC., an unknown business entity; ALEXANDER KENT CLARK, an individual; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. **'24CV1702 WQHMMP**<br><br>*[Removed from San Diego Superior Court Case No. 24CU006213C]*<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>Trial Date:　　Not Yet Set<br>Complaint Filed: August 13, 2024 |

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF JESSICA GARZA:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 40.2, Defendant FRONTIER AIRLINES, INC., through its counsel, certifies the following list of parties or entities may have a pecuniary interest in the outcome of this case:

1. Plaintiff Jessica Garza;
2. Defendant Frontier Airlines, Inc.; and
3. Defendant Alexander Kent Clark.

Frontier further certifies that, to its knowledge, no other parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: September 23, 2024

/s/ *Kara A. Cole*
Kara Adelle Ritter Cole
LITTLER MENDELSON, P.C.
Attorney for Defendant
FRONTIER AIRLINES, INC.

4886-8122-9541.1 / 057446-1097