| | |
|---|---|
| 1 | Kara Adelle Ritter Cole, Bar No. 306515 |
| 2 | kcole@littler.com<br>LITTLER MENDELSON, P.C. |
| 3 | 501 W. Broadway, Suite 900<br>San Diego, California 92101.3577 |
| 4 | Telephone:  619.232.0441<br>Fax No.:     619.232.4302 |
| 5 | Carolyn Theis, Colorado Bar No.: 54993 |
| 6 | [*Pro Hac Vice* Pending]<br>catheis@littler.com |
| 7 | LITTLER MENDELSON, P.C.<br>1900 Sixteenth Street, Suite 800 |
| 8 | Denver, Colorado 8020.5835<br>Telephone:  303.629.6200 |
| 9 | Fax No.:     303.629.0200 |
| 10 | Attorneys for Defendant |
| 11 | FRONTIER AIRLINES, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GARZA, an individual,<br><br>              Plaintiff,<br><br>       v.<br><br>FRONTIER AIRLINES, INC., an unknown business entity; ALEXANDER KENT CLARK, an individual; and DOES 1 through 25, inclusive,<br><br>              Defendants. | Case No. **'24CV1702 WQHMMP**<br><br>*[Removed from San Diego Superior Court Case No. 24CU006213C]*<br><br>**DEFENDANT FRONTIER AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>**[FED. R. CIV. P. 7.1]**<br><br>Trial Date:       Not Yet Set<br>Complaint Filed: August 13, 2024 |

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

DEFENDANT FRONTIER AIRLINES, INC.'S
CORPORATE DISCLOSURE STATEMENT

**TO THE COURT, PLAINTIFF, AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 7.1, Defendant FRONTIER AIRLINES, INC. hereby submits the following corporate disclosure statement:

1. The parent companies of the corporation: Frontier Airlines Holdings, Inc., which is wholly owned by Frontier Group Holdings, Inc.

2. Publicly held entities that own 10% or more of Frontier's stock: Frontier Group Holdings, Inc.

Dated: September 23, 2024

/s/ Kara A. Cole
Kara Adelle Ritter Cole
LITTLER MENDELSON, P.C.
Attorney for Defendant
FRONTIER AIRLINES, INC.

4872-4173-1301.1 / 057446-1097

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

DEFENDANT FRONTIER AIRLINES, INC.'S
CORPORATE DISCLOSURE STATEMENT           2.