Kara Adelle Ritter Cole, Bar No. 306515
kcole@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101.3577
Telephone: 619.232.0441
Fax No.: 619.232.4302

Carolyn Theis, Colorado Bar No.: 54993
[*Pro Hac Vice* Pending]
catheis@littler.com
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado 8020.5835
Telephone: 303.629.6200
Fax No.: 303.629.0200

Attorneys for Defendant
FRONTIER AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GARZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC., an unknown business entity; ALEXANDER KENT CLARK, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:24-cv-01702-WQH-MMP<br><br>**DEFENDANT FRONTIER AIRLINES, INC.'S NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**<br><br>Date: November 4, 2024<br>*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT*<br>Judge: Hon. William Q. Hayes<br><br>Complaint filed: August 13, 2024 |

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

DEFENDANT FRONTIER AIRLINES, INC.'S NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

CASE NO. 3:24-CV-01702-WQH-MMP

**TO THE HONORABLE COURT, PLAINTIFF JESSICA GARZA AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 4, 2024, Defendant FRONTIER AIRLINES, INC. ("Defendant") will, and hereby does, move this Court for an Order dismissing this entire action, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction and (6) for failure to state a claim upon which relief can be granted, and Rule 12(c) (motion for judgment on the pleadings)[1] all on the basis that Plaintiff's employment and the actions forming the basis of Plaintiff's harassment, tort, retaliation and all derivative claims under the California Government Code and California Labor Code occurred outside of and with no substantial connection to California. Plaintiff was never a California worker, Plaintiff has no legal grounds to take advantage of such laws, or apply California state laws extraterritorially. Nor can Plaintiff legitimately bring such claims against Frontier or any other defendant in California.

Additionally, Defendant moves for dismissal on the basis that no court has subject matter jurisdiction to entertain the portion of Plaintiff's claims stemming from her interpretation of an applicable collective bargaining agreement under the Railway Labor Act.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Marcia Attea as well as the pleadings, records and files in this action, and such argument and evidence which may be presented at or before the hearing.

Dated: September 30, 2024

/s/ *Kara A. Cole*
Kara Adelle Ritter Cole
LITTLER MENDELSON, P.C.
Attorney for Defendant
FRONTIER AIRLINES, INC.

---

[1] Or, alternatively, by virtue of the introduction of extrinsic evidence under Rule 12(d), Fed.R.Civ.P. 56.

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

DEFENDANT FRONTIER AIRLINES, INC.'S NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT   2.   CASE NO. 3:24-CV-01702-WQH-MMP