Kara Adelle Ritter Cole, Bar No. 306515
kcole@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101.3577
Telephone: 619.232.0441
Fax No.: 619.232.4302

Carolyn Theis, Colorado Bar No.: 54993
[*Pro Hac Vice* Pending]
catheis@littler.com
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado 8020.5835
Telephone: 303.629.6200
Fax No.: 303.629.0200

Attorneys for Defendant
FRONTIER AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GARZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC., an unknown business entity; ALEXANDER KENT CLARK, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:24-cv-01702-WQH-MMP<br><br>**DEFENDANT FRONTIER AIRLINES, INC.'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF IT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**<br><br>Date: November 4, 2024<br>*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT*<br>Judge: Hon. William Q. Hayes<br><br>Complaint filed: August 13, 2024 |

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

DEFENDANT'S SEPARATE STATEMENT ISO MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

CASE NO. 3:24-CV-01702-WQH-MMP

**TO THE HONORABLE COURT, PLAINTIFF JESSICA GARZA AND HER ATTORNEYS OF RECORD:**

Defendant FRONTIER AIRLINES, INC. ("Defendant") submits the following Separate Statement of Undisputed Material Facts in support of its Motion to Dismiss or Alternative, for Summary Judgment[1]:

| DEFENDANT'S UNDISPUTED FACT(S) & SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|
| 1. Frontier Airlines, Inc. ("Frontier") is a commercial air carrier.<br><br>Supporting Evidence<br>Declaration of Marcia Attea ("Attea Decl.") ISO Mot., ¶ 2. | |
| 2. Frontier's corporate headquarters – including its human resources and administrative departments (including Inflight management) – are located in Denver, Colorado.<br><br>Supporting Evidence<br>Attea Decl. ISO Mot., ¶ 2. | |
| 3. Frontier has <u>no</u> flight crews based in California.<br><br>Supporting Evidence<br>Attea Decl. ISO Mot., ¶ 3. | |
| 4. Frontier hired Jessica Garza ("Garza") in 2018 as a flight attendant. | |

---

[1] Or, alternatively, by virtue of the introduction of extrinsic evidence under Rule 12(d), Fed.R.Civ.P. 56.

| | |
|---|---|
| Supporting Evidence<br>Attea Decl. ISO Mot., ¶ 4. | |
| 5. When hired by Frontier, Garza was a resident and citizen of the State of Florida.<br><br>Supporting Evidence<br>Attea Decl. ISO Mot., ¶ 5. | |
| 6. Garza completed her initial training for Frontier in Orlando, Florida.<br><br>Supporting Evidence<br>Attea Decl. ISO Mot., ¶ 5. | |
| 7. During her employment with Frontier, Garza was <u>never</u> stationed out of California.<br><br>Supporting Evidence<br>Attea Decl. ISO Mot., ¶ 6. | |
| 8. Garza was stationed in Phoenix, Arizona (during the relevant time period) from February 2023 through April 2024.<br><br>Supporting Evidence<br>Attea Decl. ISO Mot., ¶ 6. | |
| 9. While stationed in Phoenix, Arizona, Garza's base supervisors (Lawrence Adler and Kemarra Dunn) were also located in Phoenix, AZ.<br><br>Supporting Evidence<br>Attea Decl. ISO Mot., ¶ 7. | |

DEFENDANT'S SEPARATE STATEMENT ISO MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT    3.    CASE NO. 3:24-CV-01702-WQH-MMP

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | 10. In 2019, Garza changed her residence address from Florida to California, but continued to be stationed out of Phoenix, AZ for Frontier.<br><br>Supporting Evidence<br>Attea Decl. ISO Mot., ¶ 7. | |
| 7<br>8<br>9<br>10<br>11<br>12 | 11. After relocating to California, Garza commuted to Phoenix, AZ (from California) on her own time to report for work at her based location at Frontier.<br><br>Supporting Evidence<br>Attea Decl. ISO Mot., ¶ 7. | |
| 13<br>14<br>15<br>16<br>17<br>18 | 12. Garza worked as a flight attendant on a 4-day trip beginning October 29, 2023 through November 1, 2023 that started and ended in Phoenix, AZ.<br><br>Supporting Evidence<br>Attea Decl. ISO Mot., ¶ 8. | |
| 19<br>20<br>21<br>22<br>23<br>24<br>25<br>26 | 13. Garza worked as a flight attendant on a 2-day trip beginning from Fort Myers, Florida to Syracuse, New York on February 24, 2024 (Flight 2418), and Syracuse, New York to Orlando, Florida on February 25, 2024 (Flight 2289).<br><br>Supporting Evidence<br>Attea Decl. ISO Mot., ¶ 9. | |

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

DEFENDANT'S SEPARATE STATEMENT ISO MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT        4.        CASE NO. 3:24-CV-01702-WQH-MMP

| | |
|---|---|
| 14. Frontier received photographic evidence of Garza sleeping during flight on the 2-day trip between New York and Florida.<br><br>Supporting Evidence<br>Attea Decl. ISO Mot., ¶ 9. | |
| 15. At all times, Garza's employment was covered by an applicable collective bargaining agreement between Frontier and the Association of Flight Attendants ("CBA").<br><br>Supporting Evidence<br>Attea Decl. ISO Mot., ¶ 10; Ex. A to Attea Decl. | |
| 16. Frontier conducted an investigation into Garza's sleeping on the 2-day flight between New York and Florida in accordance with the applicable CBA.<br><br>Supporting Evidence<br>Attea Decl. ISO Mot., ¶ 10; *see also* Section 18 of CBA, Ex. A to Attea Decl. | |
| 17. Frontier's investigation into Garza's sleeping on the 2-day flight, was conducted in Phoenix and Denver -- <u>not</u> California.<br><br>Supporting Evidence<br>Attea Decl. ISO Mot., ¶ 11. | |

DEFENDANT'S SEPARATE STATEMENT ISO MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT — 5. — CASE NO. 3:24-CV-01702-WQH-MMP

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

| | |
|---|---|
| 18. The decision-makers from Frontier involved in Garza's discharge were her base supervisor(s) in Phoenix, a regional inflight manager based in Las Vegas, and a human resources business partner based at Frontier's Denver headquarters -- no one in California.<br><br>Supporting Evidence<br>Attea Decl. ISO Mot., ¶ 11. | |
| 19. Garza was not a California employee for Frontier.<br><br>Supporting Evidence<br>*See generally* Attea Decl. ISO Mot., ¶¶ 4-7. | |
| 20. No decisions related to Garza's employment with Frontier were made in or from California.<br><br>Supporting Evidence<br>*See generally* Attea Decl. ISO Mot. | |

Dated: September 30, 2024

/s/ Kara A. Cole
Kara Adelle Ritter Cole
LITTLER MENDELSON, P.C.
Attorney for Defendant
FRONTIER AIRLINES, INC.

4867-9176-9834.1 / 057446-1097

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

DEFENDANT'S SEPARATE STATEMENT ISO MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT    6.    CASE NO. 3:24-CV-01702-WQH-MMP