# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GARZA, **Plaintiff,** <br> v. <br> FRONTIER AIRLINES, INC., et al **Defendant.** | Case No. 3:24-cv-01702-WQH-MMP <br><br> **PRO HAC VICE APPLICATION** <br><br> Defendant Frontier Airlines, Inc. <br> Party Represented |

I, __Carolyn B. Theis__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: **Littler Mendelson, P.C.**
Street address: **1900 16th Street, Suite 800**
City, State, ZIP: **Denver, CO 80202**
Phone number: **303.362.2850**
Email: **catheis@littler.com**

That on __8/03/2021__ (Date) I was admitted to practice before __USDC-Colorado__ (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____    Date of Application _____
Application:  ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

**Kara A. Ritter Cole**             **619-232-0441**
(Name)                              (Telephone)

**Littler Mendelson, P.C.**
(Firm)

**501 West Broadway, Suite 900**    **San Diego, CA**    **92101**
(Street)                            (City)               (Zip code)

*Carolyn B. Theis*
(Signature of Applicant)

I hereby consent to the above designation.

*Kara A. Ritter Cole*
(Signature of Designee Attorney)