Josh D. Gruenberg, Esq., SB #163281
Pamela Vallero, Esq., SB #308301
Samuel Rotshtein, Esq., SB #355563
GRUENBERG LAW
2155 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101-2013
TELEPHONE: (619) 230-1234
TELECOPIER: (619) 230-1074

Attorneys for Plaintiff,
**JESSICA GARZA**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GARZA, an individual,<br><br>PLAINTIFF,<br><br>v.<br><br>FRONTIER AIRLINES, INC., a Delaware Corporation; ALEXANDER KENT CLARK, an individual, and Does 1-25, Inclusive,<br><br>DEFENDANTS. | Case No.: 3:24-cv-01702-WQH-MMP<br><br>**JOINT MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**<br><br>Dist. Judge:  Hon. William Q. Hayes<br>Mag. Judge:  Hon. Michelle M. Pettit |

Plaintiff JESSICA GARZA ("Plaintiff") and Defendant FRONTIER AIRLINES, INC. (collectively, the "Parties") jointly move the Court to dismiss the above-captioned action, in its entirety, <u>without prejudice</u> pursuant to Fed. R. Civ. P. 41(a)(2), and in support thereof state:

1. Plaintiff sued Defendants FRONTIER AIRLINES INC., her former employer, and ALEXANDER KENT CLARK, her former colleague, for employment-related claims.

2. Plaintiff originally filed her civil lawsuit in California State Court in the County of San Diego on August 13, 2024.

3. Defendant FRONTIER AIRLINES, INC. timely removed the action to the United States District Court, Southern District of California on September

23, 2024, based on diversity jurisdiction.

4. Defendant ALEXANDER KENT CLARK has not yet been served, and has not appeared in the action.

5. Defendant FRONTIER AIRLINES INC. timely filed a motion to dismiss or, in the alternative, for summary judgment on September 30, 2024, currently set for hearing on November 4, 2024 (oral argument waived).

6. Defendants have not asserted counterclaims at this time.

7. The Parties hereby jointly move the Court to enter an Order dismissing the action in its entirety, without prejudice, with all parties to bear their own fees and costs.

DATED: October 14, 2024      **GRUENBERG LAW**

_/s JOSH GRUENBERG_

JOSH D. GRUENBERG, ESQ.
PAMELA VALLERO, ESQ.
SAMUEL ROTSHTEIN, ESQ.
Attorneys for Plaintiff,
**JESSICA GARZA**

DATED: October 14, 2024      **LITTLER MENDELSON, P.C.**

_/s KARA COLE_

KARA ADELLE RITTER COLE, ESQ.
Attorney for Defendant,
**FRONTIER AIRLINES INC.**

1

## Certificate of Service

2    This document was served on counsel of record for all parties on October 14,

3   2024, via the Court's electronic filing system.

4

5   _____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28