UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GARZA, an individual,<br><br>                        Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC., a Delaware Corporation; ALEXANDER KENT CLARK, an individual; and Does 1-25, Inclusive,<br><br>                        Defendants. | Case No.: 24-cv-1702-WQH-MMP<br><br>**ORDER** |

HAYES, Judge:

    IT IS HEREBY ORDERED that the Joint Motion to Dismiss Without Prejudice (ECF No. 6) is granted. The entire action is dismissed without prejudice. Each party shall bear its own attorneys' fees and costs. Defendant Frontier Airlines, Inc.'s Motion to Dismiss (ECF No. 4) is denied as moot. The Clerk of the Court is directed to close this case.

Dated: October 22, 2024

                                              Hon. William Q. Hayes
                                              United States District Court